AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched* )<br>*or identify the person by name and address)* )<br>)<br>**2677 East 7th Ave., Suite 2 Flagstaff, Arizona 86004**, a single level office )<br>building with multiple tenants; **2001 Audi A6 Arizona License Plate** )<br>**LFK219**, a vehicle; **2007 Toyota 4Runner Arizona License Plate** )<br>**FLRTRKR**, a vehicle; and **1996 Nissan Truck Arizona License Plate** )<br>**909AZY**, a vehicle. | Case No.  21-4339mb |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Arizona_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before    November 22, 2021     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge on duty in AZ   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Sworn telephonically
and signed electronically: _____

City and state:   Flagstaff, Arizona

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2021.11.08 09:12:21 -07'00'
*Judge's signature*

Hon. Camille D. Bibles
United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>21-4339mb | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

    I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

                                                                  *Executing officer's signature*

                                                                    *Printed name and title*

## ATTACHMENT A

### Property to be Searched

This warrant applies to the premises located at 2677 East 7th Ave., Suite 2 Flagstaff, Arizona 86004, to include the following vehicles if located in the parking lot of the premise at the time of the search: a 2001 Audi A6 Arizona License Plate LFK219, a 2007 Toyota 4Runner Arizona License Plate FLRTRKR, and 1996 Nissan Truck Arizona License Plate 909AZY. It is part of a single level office building with multiple tenants.





**2001 Audi A6 Arizona License Plate LFK219**



2007 Toyota 4Runner Arizona License Plate FLRTRKR



1996 Nissan Truck Arizona License Plate 909AZY



## ATTACHMENT B

### Property to be Seized

1. All records relating to violations of of 18 U.S.C. § 1341: Mail Fraud; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 371: Conspiracy; 18 USC § 2: Aiding and Abetting 18 U.S.C. §1956 Money Laundering, 18 U.S.C. §1957 Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity, and/or 18 U.S.C. §1348 Securities Fraud, those violations involving John Lopez, Marion Lopez, Personal Money Management Company (PMMCO), Yolanda Avina and other individuals or entities known and unknown to us, occurring after December 1996, through the present, including:

   a. Records, documents, materials, notes, and communications to include emails pertaining to the receipt and/or expenditure of funds originating from PMMCO, John Lopez, Marion Lopez, and/or Yolanda Avina.
   b. Financial institution records to include account numbers, a record of the dates in which the account or service was active or open, and such information which would tend to establish the identities of those parties or entities which exercise control or signatory authority over the account.
   c. Records of the purchase and sale of real estate, financial instruments, precious metals, precious coins monetary instruments, coin and currency, art work, promissory notes or other loans and evidence of financial transactions relating to obtaining, transferring, laundering, or secreting money.
   d. Records related to the purchase and sale of stocks, exchange traded funds (ETFs), United States treasury bonds, insurances investments, crypto currency and other investments.
   e. Receipts for postal money orders, airline tickets, automobile rental records, vehicle registrations, real estate records, mailings, post office box rental documents and agreements, keys to safe deposit boxes, and/or other papers relating to travel, and purchases.
   f. Records related to online purchases and/or telephone purchases.
   g. Records related to the purchase and/or sale of precious metals including but not limited to, gold, silver, platinum and palladium.

    h. Records, contracts, e-mails, account statements and documents between PMMCO, John Lopez, Marion Lopez, and/or Yolanda Avina and individuals to whom he offered or provided his purported investment services.

    i. Accounting records and other financial records related to PMMCO including General Ledgers, General Journals, Subsidiary Ledgers and Journals, Cash Receipts and Disbursement records and/or sales and purchase records and/or Payable Ledgers and tax records.

    j. Records that reveal the names and other identifying information of clients of Lopez and/or PMMCO.

    k. United States currency.

    l. All forms of precious metals, including but not limited to, gold, silver, platinum and palladium.

    m. Any and all documents, records, programs and/or software related to PMMCO, to include documents related to their investment model.

    n. Correspondence from any financial industry or regulator.

    o. Tax records of John Lopez and PMMCO.

    p. Records relating to the status or performance of any investment fund or purported investment fund.

    q. Correspondence to or from any financial institution, brokerage, or trading house.

2.     For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

    a. evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

    b. evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

    c. evidence of the lack of such malicious software;

    d. evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

    e. evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the COMPUTER;

    f. evidence of the times the COMPUTER was used;

    g. passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    h. documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    i. records of or information about Internet Protocol addresses used by the COMPUTER;

    j. records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses;

    k. contextual information necessary to understand the evidence described in this attachment.

3.     Routers, modems, and network equipment used to connect computers to the Internet.

As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as servers, hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.