AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| ✓ FILED | ___ LODGED |
| ___ RECEIVED | ___ COPY |

DEC 0 8 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No.   21-4339mb
2677 East 7th Ave., Suite 2 Flagstaff, Arizona 86004, a single level office )
building with multiple tenants; 2001 Audi A6 Arizona License Plate )
LFK219, a vehicle; 2007 Toyota 4Runner Arizona License Plate )
FLRTRKR, a vehicle; and 1996 Nissan Truck Arizona License Plate )
909AZY, a vehicle. )

**SEALED**

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____ Arizona _____
*(identify the person or describe the property to be searched and give its location):*

See Attachment A, attached hereto and incorporated herein by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*

See Attachment B, attached hereto and incorporated herein by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   November 22, 2021   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge on duty in AZ   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Sworn telephonically
and signed electronically: _____

City and state:   Flagstaff, Arizona

Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2021.11.08 09:12:21 -07'00'
*Judge's signature*

Hon. Camille D. Bibles
United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 21-4339mb | Date and time warrant executed: 11/9/2021 – 10:45 am | Copy of warrant and inventory left with: John Lopez |
| Inventory made in the presence of: John Lopez |||

Inventory of the property taken and name of any person(s) seized:

See attached 3 pages of inventory of seized property.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/7/2021

_Executing officer's signature_

Grant Nixon, Special Agent
_Printed name and title_